| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Richard Gonzalez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1366<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Yamaira Gonzalez<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7661<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–32932–JKS | | |

# Order of Discharge                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Richard Gonzalez                                     Yamaira Gonzalez


   <u>1/16/20</u>                                       **By the court:** <u>John K. Sherwood</u>
                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support
     obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                    Case No. 16-32932-JKS
Richard Gonzalez                                                          Chapter 13
Yamaira Gonzalez
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                   Page 1 of 6                Date Rcvd: Jan 16, 2020
                              Form ID: 3180W                Total Noticed: 205


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db/jdb         +Richard Gonzalez,    Yamaira Gonzalez,    180 Sunset Avenue,    Newark, NJ 07106-2642
516527649      +Amex Dsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
516527651      +Bank of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
516527656       Bank of America,    PO Box 220411,    Greensboro, NC 27420
516527680     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Children's Place,    Des Moines, IA 50364)
516527670      +Cbna,    P0 Box 6497,    Sioux Falls, SD 57117-6497
516527673      +Chase Bank,    PO Box 659732,    San Antonio, TX 78265-9732
516527671      +Chase Bank,    PO Bx 183164,    Columbus, OH 43218-3164
516527674      +Chase Bankcard Center,    P0 Box 29022,    Phoenix, AZ 85038-9022
516527679      +Children's Place,    PO Box 9102,    Gray, TN 37615-9102
516527690      +Citicards,    4600 Houston Road,    Florence, KY 41042-4820
516527693      +Citicards,    PO Box 183068,    Columbus, OH 43218-3068
516527692      +Citicards,    PO Box 91600,    Albuquerque, NM 87199-1600
516527696      +Citicorp Credit Services,    4600 Houston Rd.,    Florence, KY 41042-4820
516527694      +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
516527713       Eichenbaum & Stylianou, LLC,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914
516527711       Eichenbaum & Stylianou, LLC,    Attorneys At Law,    10 Forest Avenue - PO Box 914,
                 Paramus, NJ 07653-0914
516527714       Eichenbaum & Stylianou, PC,    10 Forest Avenue,    PO Box 914,    Paramus, NJ 07653-0914
516715061       Emergency Physicians Associates North Jersey, PC,    PO Box 1123,    Minneapolis MN 55440-1123
516527715      +Essex Dental Associates,    240 Irvington Avenue,    South Orange, NJ 07079-2237
516527726       GE Money Bank,    PO Box 98143,    El Paso, TX 79998
516527723      +Gateway Emergency Serveices PC,    PO Box 80009,    Philadelphia, PA 19101-1009
516527747      +Infiniti Financial Service,    P0 Box 650424,    Dallas, TX 75265-0424
516527749      +Infiniti Financial Services,    PO Box 660360,    Dallas, TX 75266-0360
516527748      +Infiniti Financial Services,    P0 Box 341447,    Pittsburgh, PA 15250-0001
516527777    ++++MIDLAND FUNDING,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
               (address filed with court: Midland Funding,    1037 Raymond Boulevard,    Suite 710,
                 Newark, NJ 07102)
516527763      +Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
516527765       Macy's Visa,    PO Box 90098,    West Chester, OH 45071
516758423      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516527773      +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
516527772      +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
516527780       Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
516527781       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
516527782      +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
516527783       Midland Mortgage/ Midfirst Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
516527784      +Mt. Sinani Rehabiliation Center,    65 Jay Street,    Newark, NJ 07103-3235
516527789     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan,    Attn: Bankruptcy,    P0 Box 371491,    Pittsburg, PA 75266)
516527786       Newark Extended Care,    650 Jay Street,    Newark, NJ 07103
516527792       Nissan Motor Acceptance Corp.,    PO Box 0502,    Carol Stream, IL 60132-0502
516527791      +Nissan Motor Acceptance Corp.,    PO Box 660577,    Dallas, TX 75266-0577
516527794      +PennyMac,    27001 Agoura Road,    Suite 350,    Agoura Hills, CA 91301-5112
516527795      +PennyMac Loan,    PO Box 30597,    Los Angeles, CA 90030-0597
516527796      +PennyMac Loan,    27001 Agoura Road,    Suite 350,    Agoura Hills, CA 91301-5112
516527798      +PennyMac Loan Services,    27001 Agoura Road,    Suite 350,    Agoura Hills, CA 91301-5112
516527799      +PennyMac Loans LLC,    PO Box 30597,    Los Angeles, CA 90030-0597
516527797      +Pennymac Loan Services,    6101 Condor Drive,    Moorpark, CA 93021-2602
516527800      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516527801      +Pressler & Pressler ESQ,    7 Entin Road,    Parsippany, NJ 07054-5020
516527802      +Pressler And Pressler, Attorneys,    7 Entin Road,    Parsippany, NJ 07054-5020
516527806      +Rubin and Rothman,    PO Box 9003,    1787 Veterans Highway,    Islandia, NY 11749-1500
516527805      +Rubin and Rothman,    Attorneys At Law,    190 North Avenue East,    PO Box 8,
                 Cranford, NJ 07016-0008
516527808      +Rubin and Rothman, LLC,    Attorneys At Law,    1787 Veterans Highway,    PO Box 9003,
                 Islandia, NY 11749-9003
516527807      +Rubin and Rothman, LLC,    Attorneys At Law,    1787 Veterans Highway,    Islandia, NY 11749-1500
516527815      +Sears Credit Card,    PO Box 78051,    Phoenix, AZ 85062-8051
516527820      +Selip and Stylianou,    199 Crossways Park Drive,    Woodbury, NY 11797-2016
516527819      +Selip and Stylianou,    PO Box 9004,    Melville, NY 11747-9004
516527838      +Toyota Financial Services,    P0 Box 108,    Saint Louis, MO 63166-0108
516629792      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516527840      +Toyota Motor Credit,    PO Box 5856,    Carol Stream, IL 60197-5856
516527849      +Valley National Bank,    1445 Valley Rd.,    Wayne, NJ 07470-8438
516527848       Valley National Bank,    PO Box 953,    Wayne, NJ 07474-0953
516527847      +Valley National Bank,    1460 Valley Road,    Wayne, NJ 07470-8494
```

```
District/off: 0312-2            User: admin                   Page 2 of 6                   Date Rcvd: Jan 16, 2020
                                Form ID: 3180W                Total Noticed: 205


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:56      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr               EDI: HNDA.COM Jan 17 2020 04:18:00      American Honda Finance Corp.,    PO Box 168088,
                 Irving, TX  75016-8088
cr               EDI: HNDA.COM Jan 17 2020 04:18:00      American Honda Finance Corporation,
                 3625 W. Royal Lane Suite 200,    Irving, TX  75063,   UNITED STATES
516527734        EDI: HNDA.COM Jan 17 2020 04:18:00      Honda Finance,    PO Box 7829,
                 Philadelphia, PA 19101-7870
516527644        EDI: HNDA.COM Jan 17 2020 04:18:00      American Honda,    PO Box 7829,   Philadelphia, PA 19101
516527646        EDI: HNDA.COM Jan 17 2020 04:18:00      American Honda Finance Corporation,
                 National Recovery Center,    PO Box 166469,   Irving, TX 75016-6469
516527648        EDI: HNDA.COM Jan 17 2020 04:18:00      American Honda Financial,    P0 Box 168088,
                 Irving, TX 75016
516527638       +EDI: GMACFS.COM Jan 17 2020 04:18:00     Ally Bank,    PO Box 380901,
                 Minneapolis, MN 55438-0901
516527639       +EDI: GMACFS.COM Jan 17 2020 04:18:00     Ally Bank,    P0 Box 130424,    Roseville, MN 55113-0004
516527637       +EDI: GMACFS.COM Jan 17 2020 04:18:00     Ally Bank,    PO Box 9001951,
                 Louisville, KY 40290-1951
516527640       +EDI: GMACFS.COM Jan 17 2020 04:18:00     Ally Financial,    200 Renaissance Center,
                 Detroit, MI 48243-1300
516527643       +EDI: AMEREXPR.COM Jan 17 2020 04:18:00     American Express,    P0 Box 360002,
                 Fort Lauderdale, FL 33336-0002
516527641        EDI: AMEREXPR.COM Jan 17 2020 04:18:00     American Express,    PO Box 297812,
                 Ft. Lauderdale, FL 33329-7812
516527645        EDI: HNDA.COM Jan 17 2020 04:18:00      American Honda Finance,    PO Box 6034,
                 Newark, DE 19714-6034
516527650       +EDI: BANKAMER.COM Jan 17 2020 04:18:00     BAC Home Loan Servicing,    PO Box 650070,
                 Dallas, TX 75265-0070
516527652        EDI: BANKAMER.COM Jan 17 2020 04:18:00     Bank Of America,    P0 Box 982238,
                 El Paso, TX 79998
516527657       +EDI: BANKAMER.COM Jan 17 2020 04:18:00     Bank of America,    Attn: Recovery Department,
                 PO Box 2278,    Norfolk, VA 23501-2278
516527655        EDI: BANKAMER2.COM Jan 17 2020 04:18:00     Bank of America,    475 Crosspoint Parkway,
                 PO Box 9000,    Getzville, NY 14068-9000
516527654       +EDI: BANKAMER2.COM Jan 17 2020 04:18:00     Bank of America,    PO Box 17645,
                 Baltimore, MD 21297-1645
516527653       +EDI: BANKAMER2.COM Jan 17 2020 04:18:00     Bank of America,    PO Box 9000,
                 Getzville, NY 14068-9000
516527663        EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    15000 Capital One Drive,
                 Richmond, VA 23238
516527659        EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    PO Box 85015,
                 Richmond, VA 23285-5015
516527666        EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One Bank,    15000 Capital One Drive,
                 Richmond, VA 23238
516527811        EDI: SEARS.COM Jan 17 2020 04:18:00      Sears,   P.O. Box 182149,    Columbus, OH 43218-2149
516527810        EDI: SEARS.COM Jan 17 2020 04:18:00      Sears,   PO Box 183082,    Columbus, OH 43218
516527689        EDI: CITICORP.COM Jan 17 2020 04:18:00     Citicards,    7920 NW 110th Street,
                 Kansas City, MO 64153
516527697        EDI: CITICORP.COM Jan 17 2020 04:18:00     Citicorp Credit Services, Inc.,
                 7920 NW 110th Street,    Kansas City, MO 64153
516527665       +EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    PO Box 85064,
                 Glen Allen, VA 23285-5064
516527660       +EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    PO Box 26030,
                 Richmond, VA 23260-6030
516527662       +EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    PO Box 85184,
                 Richmond, VA 23285-5184
516527658       +EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    PO Box 85617,
                 Richmond, VA 23285-5617
516527664       +EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    PO Box 70886,
                 Charlotte, NC 28272-0886
516527661       +EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One,    1957 Westmoreland Rd.,
                 Richmond, VA 23276-0001
516613965        EDI: CAPITALONE.COM Jan 17 2020 04:18:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516653227        EDI: BL-BECKET.COM Jan 17 2020 04:18:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
516527667       +EDI: CHASE.COM Jan 17 2020 04:18:00      Cardmember Services,    PO Box 15153,
                 Wilmington, DE 19886-5153
516527669       +EDI: CHASE.COM Jan 17 2020 04:18:00      Cardmember Services,    P0 Box 15299,
                 Wilmington, DE 19850-5299
516527668        EDI: CHASE.COM Jan 17 2020 04:18:00      Cardmember Services,    P0 Box 8650,
                 Wilmington, DE 19899
516527672       +EDI: CHASE.COM Jan 17 2020 04:18:00      Chase Bank,   PO Box 15153,    Wilmington, DE 19886-5153
```

```
District/off: 0312-2           User: admin                Page 3 of 6                Date Rcvd: Jan 16, 2020
                               Form ID: 3180W             Total Noticed: 205


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516527675      EDI: CHASE.COM Jan 17 2020 04:18:00      Chase Bankcard Services,   PO Box 30755,
                Tampa, FL 33630-3755
516527676      EDI: CHASE.COM Jan 17 2020 04:18:00      Chase Bankcard Services,   PO Box 659409,
                San Antonio, TX 78265
516527678     +EDI: CHASE.COM Jan 17 2020 04:18:00      Chase Card,   P0 Box 15298,    Wilmington, DE 19850-5298
516527688     +EDI: CITICORP.COM Jan 17 2020 04:18:00      CitiCards,   PO Box 6345,   The Lakes, NV 88901-0001
516527683     +EDI: CITICORP.COM Jan 17 2020 04:18:00      Citibank,   PO Box 6500,
                Sioux Falls, SD 57117-6500
516527684      EDI: CITICORP.COM Jan 17 2020 04:18:00      Citibank,   PO Box 6004,
                Sioux Falls, SD 57117-6004
516527685      EDI: CITICORP.COM Jan 17 2020 04:18:00      Citibank,   PO Box 6077,
                Sioux Falls, SD 57117-6077
516527682     +EDI: CITICORP.COM Jan 17 2020 04:18:00      Citibank,   P0 Box 6497,
                Sioux Falls, SD 57117-6497
516527687     +EDI: CITICORP.COM Jan 17 2020 04:18:00      Citicards,   PO Box 6500,
                Sioux Falls, SD 57117-6500
516527699     +EDI: WFNNB.COM Jan 17 2020 04:18:00      Comenity Bank,   Attention: Bankruptcy,   P0 Box 182686,
                Columbus, OH 43218-2686
516527701     +EDI: WFNNB.COM Jan 17 2020 04:18:00      Comenity Capital,   P0 Box 182120,
                Columbus, OH 43218-2120
516527705     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:51:47      Credit One Bank,
                PO Box 98873,   Las Vegas, NV 89193-8873
516527702     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:50:58      Credit One Bank,
                P0 Box 98875,   Las Vegas, NV 89193-8875
516527703     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:51:00      Credit One Bank,
                P0 Box 80015,   Los Angeles, CA 90080-0015
516527704     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 16 2020 23:51:47      Credit One Bank,
                PO Box 60500,   City Of Industry, CA 91716-0500
516527706      E-mail/PDF: DellBKNotifications@resurgent.com Jan 16 2020 23:51:51      DFS,   PO Box 4125,
                Carol Stream, IL 60197-4125
516527709      EDI: DISCOVER.COM Jan 17 2020 04:18:00      Discover,   PO Box 30952,   Salt Lake City, UT 84130
516527708      EDI: DISCOVER.COM Jan 17 2020 04:18:00      Discover,   PO Box 6013,   Dover, DE 19903-6013
516702227      EDI: Q3G.COM Jan 17 2020 04:18:00      Department Store National Bank,   c/o Quantum3 Group LLC,
                PO Box 657,   Kirkland, WA 98083-0657
516527707      EDI: DISCOVER.COM Jan 17 2020 04:18:00      Discover,   P.O. Box 6011,   Dover, DE 19903-6011
516527710     +EDI: TSYS2.COM Jan 17 2020 04:18:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
516527719     +EDI: AMINFOFP.COM Jan 17 2020 04:18:00      First Premier Bank,   PO Box 5114,
                Sioux Falls, SD 57117-5114
516527718     +EDI: AMINFOFP.COM Jan 17 2020 04:18:00      First Premier Bank,   601 S Minnesota Avenue,
                Sioux Falls, SD 57104-4868
516527722     +EDI: AMINFOFP.COM Jan 17 2020 04:18:00      First Premier Bank,   900 West Delaware,
                PO Box 5519,   Sioux Falls, SD 57117-5519
516527721     +EDI: AMINFOFP.COM Jan 17 2020 04:18:00      First Premier Bank,   3820 N Louise Avenue,
                Sioux Falls, SD 57107-0145
516527720     +EDI: AMINFOFP.COM Jan 17 2020 04:18:00      First Premier Bank,
                Attn: Correspondence Department,   PO Box 5525,   Sioux Falls, SD 57117-5525
516527725     +EDI: RMSC.COM Jan 17 2020 04:18:00      GE Money Bank,   PO Box 960061,   Orlando, FL 32896-0061
516527724     +EDI: RMSC.COM Jan 17 2020 04:18:00      GE Money Bank,   PO Box 981064,   El Paso, TX 79998-1064
516527729      EDI: RMSC.COM Jan 17 2020 04:18:00      GEMB,   PO Box 103101,   Roswell, GA 30076
516527728     +EDI: RMSC.COM Jan 17 2020 04:18:00      GEMB,   PO Box 981400,   El Paso, TX 79998-1400
516527743      EDI: HFC.COM Jan 17 2020 04:18:00      HRS,   PO Box 17602,   Baltimore, MD 21297-1602
516527742      EDI: HFC.COM Jan 17 2020 04:18:00      HRS,   PO Box 4144,   Carol Stream, IL 60197-4144
516527744     +EDI: HFC.COM Jan 17 2020 04:18:00      HRS,   PO Box 17298,   Baltimore, MD 21297-1298
516527745     +EDI: HFC.COM Jan 17 2020 04:18:00      HSBC,   PO Box 98706,   Las Vegas, NV 89193-8706
516527746     +EDI: HFC.COM Jan 17 2020 04:18:00      HSBC,   PO Box 17051,   Baltimore, MD 21297-1051
516527733      EDI: HNDA.COM Jan 17 2020 04:18:00      Honda Finance,   PO Box 7870,
                Philadelphia, PA 19101-7870
516527736     +EDI: HNDA.COM Jan 17 2020 04:18:00      Honda Financial Services,   470 Grandy Road, Suite Z,
                South Hadley, MA 01075-3218
516527741     +EDI: HFC.COM Jan 17 2020 04:18:00      Household Bank,   P0 Box 80084,   Salinas, CA 93912-0084
516527738     +EDI: HFC.COM Jan 17 2020 04:18:00      Household Bank,   PO Box 98706,
                Las Vegas, NV 89193-8706
516527739     +EDI: HFC.COM Jan 17 2020 04:18:00      Household Bank,   PO Box 438,   Wood Dale, IL 60191-0438
516527740     +EDI: HFC.COM Jan 17 2020 04:18:00      Household Bank,   PO Box 17051,
                Baltimore, MD 21297-1051
516527737      EDI: HFC.COM Jan 17 2020 04:18:00      Household Bank,   PO Box 88000,
                Baltimore, MD 21288-0001
516527751     +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 23:45:11      Kohl's,   PO Box 3004,
                Milwaukee, WI 53201-3004
516527752     +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 23:45:11      Kohl's,   PO Box 3084,
                Milwaukee, WI 53201-3084
516527750     +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 23:45:10      Kohl's,   PO Box 2983,
                Milwaukee, WI 53201-2983
516527753     +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 23:45:11      Kohls/capone,
                N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
516527755      E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 23:45:11      Kohls/chase,
                N58 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051
```

```
District/off: 0312-2                  User: admin                    Page 4 of 6                    Date Rcvd: Jan 16, 2020
                                      Form ID: 3180W                 Total Noticed: 205


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516527757        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:03      LVNV Funding,
                  Attn: Resurgent Capital,    15 South Main Street,    Greenville, SC 29601-2743
516597590         E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 16 2020 23:50:46      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516677409        +EDI: MID8.COM Jan 17 2020 04:18:00      MIDLAND FUNDING LLC,    PO Box 2011,
                  Warren, MI 48090-2011
516527762         EDI: TSYS2.COM Jan 17 2020 04:18:00      Macy’s,    PO Box 4563,    Carol Stream, IL 60197-4563
516527759         EDI: TSYS2.COM Jan 17 2020 04:18:00      Macy’s,    P.O. Box 4564,    Carol Stream, IL 60197-4564
516527761         EDI: TSYS2.COM Jan 17 2020 04:18:00      Macy’s,    PO Box 4580,    Carol Stream, IL 60197-4580
516527758        +EDI: TSYS2.COM Jan 17 2020 04:18:00      Macy’s,    PO Box 183083,    Columbus, OH 43218-3083
516527760         EDI: TSYS2.COM Jan 17 2020 04:18:00      Macy’s,    9111 Duke Blvd.,    Mason, OH 45040-8999
516527764        +EDI: TSYS2.COM Jan 17 2020 04:18:00      Macy’s Visa,    P0 Box 745012,
                  Cincinnati, OH 45274-5012
516527766        +EDI: TSYS2.COM Jan 17 2020 04:18:00      Macy’s Visa,    Bankruptcy,    6356 Corley Road,
                  Norcross, GA 30071-1704
516527770        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 16 2020 23:52:30      Merrick Bank,
                  PO Box 23356,    Pittsburgh, PA 15222-6356
516527767        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 16 2020 23:51:40      Merrick Bank,
                  P0 Box 9201,    Old Bethpage, NY 11804-9001
516527771        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 16 2020 23:51:36      Merrick Bank,
                  Po Box 30537,    Tampa, FL 33630-3537
516527774        +EDI: MID8.COM Jan 17 2020 04:18:00      Midland Funding,    2365 Northside Drive Ste 30,
                  San Diego, CA 92108-2709
516527776        +EDI: MID8.COM Jan 17 2020 04:18:00      Midland Funding,    2365 Northside Drive,
                  San Diego, CA 92108-2709
516758501         EDI: PRA.COM Jan 17 2020 04:18:00      Portfolio Recovery Associates, LLC,
                  c/o Sears Mastercard,    POB 41067,    Norfolk VA 23541
516596666         EDI: Q3G.COM Jan 17 2020 04:18:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
516527804        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:53      Resurgent Capital,
                  15 S Main Street,    Suite 600,    Greenville, SC 29601-2768
516527803        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:53      Resurgent Capital,
                  PO Box 10587,    Greenville, SC 29603-0587
516527813         EDI: SEARS.COM Jan 17 2020 04:18:00      Sears,    PO Box 182459,    Columbus, OH 43218
516527809        +EDI: SEARS.COM Jan 17 2020 04:18:00      Sears,    P0 Box 6283,    Sioux Falls, SD 57117-6283
516527812         EDI: SEARS.COM Jan 17 2020 04:18:00      Sears,    PO Box 818017,    Cleveland, OH 44181-8017
516527814        +EDI: SEARS.COM Jan 17 2020 04:18:00      Sears Credit Card,    PO Box 183081,
                  Columbus, OH 43218-3081
516527816        +EDI: SEARS.COM Jan 17 2020 04:18:00      Sears Credit Cards,    PO Box 183082,
                  Columbus, OH 43218-3082
516527818        +EDI: SEARS.COM Jan 17 2020 04:18:00      Sears Gold Mastercard,    PO Box 6922,
                  The Lakes, NV 88901-0001
516527817        +EDI: SEARS.COM Jan 17 2020 04:18:00      Sears Gold Mastercard,    PO Box 182156,
                  Columbus, OH 43218-2156
516527823        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchromy Bank/Pc Richard,    P0 Box 965036,
                  Orlando, FL 32896-5036
516527824        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony / Amazon,    PO Box 960013,
                  Orlando, FL 32896-0013
516527825        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank,    PO Box 530927,
                  Atlanta, GA 30353-0927
516527827        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank,    PO Box 960013,
                  Orlando, FL 32896-0013
516527826        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank,    PO Box 965013,
                  Orlando, FL 32896-5013
516527829        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank,    P0 Box 965024,
                  Orlando, FL 32896-5024
516527828        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank,    Po Box 965015,
                  Orlando, FL 32896-5015
516527830        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank/Amazon,    P0 Box 965015,
                  Orlando, FL 32896-5015
516527832        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank/Old Navy,    P0 Box 965005,
                  Orlando, FL 32896-5005
516527833        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank/Pc Richard,    P0 Box 965036,
                  Orlando, FL 32896-5036
516527834        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank/Walmart,    P0 Box 965024,
                  Orlando, FL 32896-5024
516527835        +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bbank,    P0 Box 965005,
                  Orlando, FL 32896-5005
516527756         EDI: TFSR.COM Jan 17 2020 04:18:00      Lexus Financial Services,    PO Box 9490,
                  Cedar Rapids, IA 52409
516527837         EDI: TFSR.COM Jan 17 2020 04:18:00      Toyota Financial Services,    PO Box 17187,
                  Baltimore, MD 21297
516527839         EDI: TFSR.COM Jan 17 2020 04:18:00      Toyota Motor Credit,    19001 South Western Avenue,
                  PO Box 2958,    Torrance, CA 90509
516527842         EDI: TFSR.COM Jan 17 2020 04:18:00      Toyota Motor Credit Corporation,
                  19001 South Western Avenue, TC13,    Torrance, CA 90509-2958
516527843         EDI: TFSR.COM Jan 17 2020 04:18:00      Toyota Motor Credit Corporation,
                  Attn: Asset Protection Department,    PO Box 2958,    Torrance, CA 90509-2958
```

```
District/off: 0312-2          User: admin              Page 5 of 6              Date Rcvd: Jan 16, 2020
                              Form ID: 3180W           Total Noticed: 205


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516527836       +EDI: TFSR.COM Jan 17 2020 04:18:00      Toyota Financial Services,    PO Box 5236,
                 Carol Stream, IL 60197-5236
516591981        EDI: BL-TOYOTA.COM Jan 17 2020 04:18:00      Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516527844       +EDI: CHASE.COM Jan 17 2020 04:18:00      Toys-R-US,   PO Box 15325,    Wilmington, DE 19886-5325
516527845       +EDI: RMSC.COM Jan 17 2020 04:18:00      Toys-R-Us,    PO 530939,    Atlanta, GA 30353-0939
516527850        EDI: WFFC.COM Jan 17 2020 04:18:00      Wells Fargo Bank,    PO Box 1225,
                 Charlotte, NC 28201-1225
516527851       +EDI: WFFC.COM Jan 17 2020 04:18:00      Wells Fargo Bank,    PO Box 30086,
                 Los Angeles, CA 90030-0086
516527852        EDI: WFFC.COM Jan 17 2020 04:18:00      Wells Fargo Card Services,    PO Box 10347,
                 Des Moines, IA 50306-0347
516527853       +EDI: WFFC.COM Jan 17 2020 04:18:00      Wells Fargo Card Services,    PO Box 6412,
                 Carol Stream, IL 60197-6412
516527854       +EDI: WFFC.COM Jan 17 2020 04:18:00      Wells Fargo Financial,    PO Box 5943,
                 Sioux Falls, SD 57117-5943
516527856        EDI: WFNNB.COM Jan 17 2020 04:18:00      World Financial Network Bank,    PO Box 659562,
                 San Antonio, TX 78265-9584
516527855       +EDI: WFNNB.COM Jan 17 2020 04:18:00      World Financial Network Bank,    PO Box 659584,
                 San Antonio, TX 78265-9584
516527857       +EDI: WFNNB.COM Jan 17 2020 04:18:00      World Financial Network Bank,    220 W. Schrock Road,
                 Westerville, OH 43081-2873
516527858       +EDI: WFNNB.COM Jan 17 2020 04:18:00      World Financial Network National Bank,    PO Box 182363,
                 Columbus, OH 43218-2363
                                                                                                TOTAL: 143


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516527730*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   Honda,    PO Box 65507,    Wilmington, DE 19808)
516527731*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   Honda,    PO Box 65507,    Wilmington, DE 19808)
516527732*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   Honda Finance,    PO Box 65507,    Wilmington, DE 19808)
516527735*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   Honda Financial,    201 Little Falls Drive,   Wilmington, DE 19808)
516527647*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Financial,    201 Little Falls Drive,
                 Wilmington, DE 19808)
516527642*      American Express,    PO Box 297812,    Ft. Lauderdale, FL 33329-7812
516527681*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Children's Place,    Des Moines, IA 50364)
516527698*     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
                (address filed with court:   Citicorp Credit Services, Inc.,    7920 NW 110th Street,
                 Kansas City, MO 64153)
516527677*      Chase Bankcard Services, Inc.,    PO Box 30755,    Tampa, FL 33630-3755
516527691*     +CitiCards,    PO Box 6345,    The Lakes, NV 88901-0001
516527686*      Citibank,    PO Box 6077,    Sioux Falls, SD 57117-6077
516527695*     +Citicorp Credit Services,    PO Box 91600,    Albuquerque, NM 87199-1600
516527700*     +Comenity Bank,    Attention: Bankruptcy,    P0 Box 182686,    Columbus, OH 43218-2686
516527712*      Eichenbaum & Stylianou, LLC,    Attorneys At Law,    10 Forest Avenue - PO Box 914,
                 Paramus, NJ 07653-0914
516527716*     +Essex Dental Associates Inc.,    240 Irvington Avenue,    South Orange, NJ 07079-2237
516527717*     +Essex Dental Associates LLP,    240 Irvington Avenue,    South Orange, NJ 07079-2237
516527727*     +GE Money Bank,    PO Box 981064,    El Paso, TX 79998-1064
516527754*     +Kohls/capone,    N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
516527769*     +Merrick Bank,    PO Box 9201,    Old Bethpage, NY 11804-9001
516527775*     +Midland Funding,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516527778*     +Midland Funding Co. Inc.,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516527779*     +Midland Funding Inc.,    2365 Northside Drive Ste 30,    San Diego, CA 92108-2709
516527785*     +Mt. Sinani Rehabiliation Center Inc.,    65 Jay Street,    Newark, NJ 07103-3235
516527790*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court:   Nissan Infinti Lt,    Attn: Bankruptcy,    8900 Freeport Parkway,
                 Irving, TX 75063)
516527793*     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court:   Nissan-infiniti Lt,    2901 Kinwest Parkway,    Irving, TX 75063)
516527787*      Newark Extended Care Inc.,    650 Jay Street,    Newark, NJ 07103
516527788*      Newark Extended Care LLp,    650 Jay Street,    Newark, NJ 07103
516527821*     +Selip and Stylianou,    PO Box 9004,    Melville, NY 11747-9004
516527822*     +Selip and Stylianou LLP,    PO Box 9004,    Melville, NY 11747-9004
516527831*     +Synchrony Bank/Amazon,    Po Box 965015,    Orlando, FL 32896-5015
516527841*     +Toyota Motor Credit,    PO Box 5856,    Carol Stream, IL 60197-5856
516527768      ##Merrick Bank,    PO Box 571308,    Salt Lake City, UT 84157-1308
516527846     ##+Tsys Total Debt Management , Inc.,    PO Box 6700,    Norcross, GA 30091-6700
                                                                                               TOTALS: 0, * 31, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2           User: admin              Page 6 of 6                Date Rcvd: Jan 16, 2020
                               Form ID: 3180W           Total Noticed: 205
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Richard  Gonzalez herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Herbert B. Raymond    on behalf of Joint Debtor Yamaira  Gonzalez herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corp.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    PennyMac Loan Services, LLC ecf@powerskirn.com
                                                                                               TOTAL: 9
```