Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32932−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Richard Gonzalez | Yamaira Gonzalez |
| 180 Sunset Avenue | 180 Sunset Avenue |
| Newark, NJ 07106 | Newark, NJ 07106 |

Social Security No.:
xxx−xx−1366                                                         xxx−xx−7661

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: March 3, 2020          John K. Sherwood
                              Judge, United States Bankruptcy Court